P. STERLING KERR, ESQ.
Nevada Bar No. 003978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BASF CORPORATION,<br><br>　　Plaintiffs,<br><br>vs.<br><br>AUTOMALL AUTO BODY, LLC d/b/a FIX AUTO HENDERSON, KTI LLC d/b/a AMERICAN AUTO BODY, FIX NORTH LLC d/b/a FIX AUTO LAS VEGAS NORTH, FIX NORTH LLC d/b/a FIX AUTO-CRAIG ROAD, AND JEFFERSON BAGLEY,<br><br>　　Defendants. | Case No. 2:20-cv-01080 RFB-NJK |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Automall Auto Body, LLC, KTI LLC, and Fix North LLC (together "Fix Auto") and Jefferson Bagley ("Bagley") (collectively "Defendants") by the undersigned counsel and with the consent of Plaintiffs BASF Corporation ('BASF"), hereby respectfully submit this stipulation for an extension of time for Defendants to file their answer or other response to Plaintiff's Complaint by fourteen (14) days, making the new deadline Wednesday, August 12, 2020.

/ / /

1. The current deadline for Defendants to file their answer or other response is believed to be Wednesday, July 29, 2020.

2. Lead counsel for Defendants, Michael C. Whitticar ("Mr. Whitticar"), only recently has been retained by Defendants.

3. Mr. Whitticar needed time to interview and retain local counsel.

4. This stipulation is made in good faith and not for the purposes of undue delay. The deadline to file Defendants' answer or other response has not been previously extended, and the requested extension will allow the Defendants' counsel sufficient time to better evaluate the complaint and to file a more robust answer or other response.

WHEREFORE, Defendants, with the consent of Plaintiff, hereby stipulate to extend Defendants' deadline to file their answer or other response to Plaintiff's Complaint through and including August 12, 2020.

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: July 30, 2020

Respectfully Submitted This 29th Day of July, 2020:

By: */s/ Michael C. Whitticar*
   *Counsel*

Michael C. Whitticar (VSB No. 32968)
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Pro Hac Vice Planned*