# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BASF CORPORATION, <br>     Plaintiff(s), <br> v. <br> AUTOMALL AUTO BODY, LLC, et al., <br>     Defendant(s). | Case No.: 2:20-cv-01080-RFB-NJK <br><br> **Order** <br><br> [Docket No. 19] |

On September 29, 2020, Plaintiff filed a notice of Rule 26(f) conference. Docket No. 19. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).[1] No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 30, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] *See also* Fed. R. Civ. P. 45(a)(4) (notice of intent to serve a subpoena "must be <u>served</u> on each party" (emphasis added)).