BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BASF CORPORATION,<br><br>             Plaintiff,<br><br>vs.<br><br>AUTOMALL AUTO BODY, LLC d/b/a FIX AUTO HENDERSON, KTI LLC d/b/a AMERICAN AUTO BODY, FIX NORTH LLC d/b/a FIX AUTO LAS VEGAS NORTH, FIX NORTH LLC d/b/a FIX AUTO-CRAIG ROAD, AND JEFFERSON BAGLEY,<br><br>             Defendants. | Case No. 2:20-cv-01080-RFB-NJK |

**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT OPPOSITION DEADLINES (FIRST REQUEST FOR AN EXTENSION)**

Plaintiff BASF Corporation ('BASF"), by the undersigned counsel and with the consent of Defendants Automall Auto Body, LLC KTI LLC, and Fix North LLC (together "Fix Auto") and Jefferson Bagley ("Bagley") (collectively "Defendants"), hereby respectfully submits this stipulation to extend the response deadline for Plaintiff to oppose Defendants' motion for partial summary judgment, making the new response/opposition deadline June 23, 2021.

    1.     The original response/opposition deadline is Tuesday, June 1, 2021.

    2.     The parties recently reopened settlement negotiations and are making a good faith attempt to negotiate a resolution.

    3.     This motion is made in good faith and not for the purposes of undue delay. The opposition deadline has not been extended previously, and the requested extension will allow the parties time to conduct good faith settlement discussions to see if a resolution can be reached without having to burden the Court with motion practice.

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555  FAX: (702) 872-5545

WHEREFORE, Plaintiff, with the consent of Defendants, hereby moves and stipulates to extend the response deadlines for Plaintiff's opposition to Defendants' motion for partial summary judgment, making the response/opposition deadline June 23, 2021:

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Deadline to Respond to Defendants' Motion for Partial Summary Judgment | June 1, 2021 | June 23, 2021 |
| Defendants' Reply Deadline |  | July 14, 2021 |

**IT IS SO ORDERED**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 30th day of May, 2021.

Respectfully Submitted This 28th day of May, 2021:

WE ASK FOR THIS:

JEFFERSON BAGLEY
AUTOMALL AUTO BODY, LLC
KTI, LLC
FIX NORTH, LLC

By: */s/ Michael C. Whitticar*
    *Counsel*
Michael C. Whitticar (VSB No. 32968)
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel: 571-386-2980
Fax: 855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Admitted Pro Hac Vice*


By:  /s/ Peter R. Pratt, Esq.
*Counsel*
Peter Pratt (NSB No. 6458)
Law Office of P Sterling Kerr
2450 St Rose Pkwy #120
Henderson, NV 89074
T: (702) 451-2055
Email: peter@sterlingkerrlaw.com
*Local Counsel for Defendants*

SEEN AND AGREED TO:

BASF CORPORATION

By: */s/ Edgar Carranza, Esq.*
    *Counsel*
Edgar Carranza, Esq.
Nevada State Bar No. 5902
Backus, Carranza & Burden
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545 facsimile
ecarranza@backuslaw.com
*Attorney for Plaintiff BASF Corporation*

**CERTIFICATE OF CONFERRAL**

I hereby certify that I conferred in good faith with Defendant's counsel regarding the foregoing Stipulation for an Extension of Time and Defendant's counsel agreed to the requested. extension.

*/s/ Edgar Carranza, Esq.*
Edgar Carranza

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2021, the foregoing Stipulation to Extend time was served by the following counsel of record by CM/ECF submission which will send a notification to the following counsel of record:

Peter Pratt (NSB No. 6458)
Law Office of P Sterling Kerr
2450 St Rose Pkwy #120
Henderson, NV 89074
T: (702) 451-2055
Email: peter@sterlingkerrlaw.com
*Local Counsel for Defendants*

Michael C. Whitticar (VSB No. 32968)
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel: 571-386-2980
Fax: 855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Admitted Pro Hac Vice*

 */s/ Patti Sherretts*
An employee of Backus, Carranza & Burden
